UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                                                DECISION AND ORDER

                                                                                 06-CR-6216L
                                                                                 07-CV-6252L

                v.

JONATHAN LEONARDO MERINO,

                              Defendant.
_____

       On April 4, 2007, defendant was sentenced principally to a term of 24 months imprisonment. The plea was entered pursuant to a written plea agreement.

       Thereafter, on May 15, 2007, defendant filed a motion to vacate the judgment (Dkt. #13) pursuant to 28 U.S.C. § 2255. By letter dated June 1, 2007, received in chambers on June 12, 2007 (Dkt. #15), the defendant moved to withdraw the 2255 petition. That motion is granted and the petition is deemed withdrawn and denied in all respects.

       Defendant's motion to not transfer him to the Bureau of Prisons (Dkt. #14) is denied as moot.

       IT IS SO ORDERED.

                                                            _____
                                                                 DAVID G. LARIMER
                                                            United States District Judge

Dated: Rochester, New York
       June 19, 2007.